# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00543-RPM-KMT

JILES THERON BENNETT,

    Plaintiff,

v.

COUNTY OF EL PASO,
OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION REGARDING FILING OF AMENDED COMPLAINT AND PENDING MOTIONS**

---

THIS MATTER coming before the Court on the Stipulated Motion Regarding the Filing of an Amended Complaint and Pending Motions submitted by counsel for Plaintiff and counsel for the Defendants, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Plaintiff has up to and including April 17, 2008, in which to file his Amended Complaint in this matter.

2. If Plaintiff files an Amended Complaint on or before April 17, 2008, no Reply to Plaintiff's Response to County Defendants' Rule 12 Motion to Dismiss will be required.

3. If Plaintiff files an Amended Complaint on or before April 17, 2008, Defendants shall be allowed to file a new Rule 12 Motion to Dismiss in accord with Fed. R. Civ. P. 12.

4. If Plaintiff fails to file an Amended Complaint on or before April 17, 2008, Defendants' time to file a Reply to Plaintiff's Response to Motion to Dismiss shall be extended to on or before April 22, 2008.

ENTERED this 8th day of April, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
U.S. District Court Judge