IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00543-RPM

JILES THERON BENNETT,

    Plaintiff,

v.

OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

    Defendants.

---

ORDER SETTING SCHEDULING CONFERENCE

---

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **August 7, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 31, 2008.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: June 12th, 2008

                                                BY THE COURT:

                                                s/ Richard P. Matsch

                                                _____
.                                               Richard P. Matsch, Senior District Judge