IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00543-RPM

JILES THERON BENNETT,

    Plaintiff,

v.

OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

    Defendants.
_____

ORDER DENYING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT
_____

On May 12, 2008, the defendants filed a motion to dismiss the amended complaint asserting lack of subject matter jurisdiction under Fed.R.Civ.P. 12(b)(1) based on sovereign immunity addressing the fourth claim for relief and asserting qualified immunity under Fed.R.Civ.P. 12(b)(6) for all defendants. The motion also seeks dismissal of the claims against the Sheriff for insufficiency of the allegations to establish liability under <u>Monell v. New York City Dep't of Soc. Servs.,</u> 436 U.S. 658, 694 (1978).

The plaintiff filed a response on May 27, 2008, correctly noting that the doctrine of qualified immunity is applicable, if at all, only as to defendant Jerome Mercado-Vargas and not the governmental entity. The plaintiff has shown by the allegations of the amended complaint and the plausible inferences from it that defendant Jerome

Mercado-Vargas violated clearly established law of which he should have been aware as a reasonable law enforcement officer, thereby precluding qualified immunity at this stage of the litigation.   Additionally, the allegations of the amended complaint are sufficient to show that the deputy sheriff acted in the application of a taser device in a manner that raises a plausible inference that he had not been given adequate training or supervision with respect to the use of such force.  Finally, the allegations of the amended complaint are sufficient to infer wilful and wanton conduct which would create liability under the Colorado Governmental Immunity Act.

The defendants on June 11, 2008, filed an "unopposed" motion for an extension of time to reply to the plaintiff's response.  While that has been unopposed by plaintiff's counsel it is apparent that the defendants' motion to dismiss should be denied and that further pleading on it would simply delay further prosecution of this civil action. Accordingly, it is

ORDERED that the defendants' motion to dismiss the amended complaint is denied and the unopposed motion for extension of time to reply is denied.  This matter will be set for a scheduling conference.  In that regard, the court observes that the correct entity defendant is Officer El Paso County Sheriff Terry Maketa and not El Paso County.

DATED: June 12th, 2008

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Juddge