**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                August 7, 2008
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-00543-RPM

JILES THERON BENNETT,                                    Richard L. Tegtmeier

        Plaintiff,

v.

OFFICE OF EL PASO COUNTY SHERIFF,                        Gordon L. Vaughan
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

        Defendants

_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:56 p.m.        Court in session.**

Mr. Tegtmeier confirms that the motion to amend [22] is unopposed.

**ORDERED:    Unopposed Motion for Leave to File Amended Answer, filed August 5, 2008
            [22], is granted and Amended Answer is accepted and filed 8/7/2008.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Tegtmeier states the criminal charges are driving too slow, obstruction of justice and
resisting arrest.
Mr. Vaughn states there is an incident report for Taser use, it has been disclosed and an
Internal Affairs investigation was conducted.
Counsel state there is no Fifth Amendment issue.
Mr. Tegtmeier agrees to reconsider state law claims and damages.

Court states its order of reference to magistrate judge procedure.

**Counsel stipulate to an oral protective order regarding the Internal Affairs Investigation
file for the sole use of this case and for its return to defendants' counsel at the
completion of the case.**

**ORDERED:    Oral Protective Order entered regarding Internal Affairs Investigation File
            entered.
            Scheduling Order approved.**

**2:20 p.m.        Court in recess.**        Hearing concluded.  Total time: 24 min.