IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00543-RPM

JILES THERON BENNETT,

    Plaintiff,

v.

OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

    Defendants.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under seal based on the Protective Order.

Dated: January 13th, 2009

                BY THE COURT:

                s/Richard P. Matsch
                _____
.               Richard P. Matsch, Senior District Judge