IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00543-RPM-KMT

JILES THERON BENNETT,

    Plaintiff,

vs.

OFFICE OF EL PASO COUNTY SHERIFF;
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity of Sheriff of El Paso County; and
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity of Deputy Sheriff for El Paso County,

    Defendants.
_____

## ORDER MODIFYING SCHEDULING ORDER
_____

Upon review of the Stipulated Motion to Modify Scheduling Order for Limited Purposes [40], filed on March 26, 2009, it is

ORDERED that paragraph 7(b) of the August 7, 2008, Scheduling Order (Docket No. 25) in the above matter is amended to reflect the modified discovery cut-off of May 31, 2009.

DATED this 27th day of March, 2009.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                United States District Judge