IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 08-cv-00543-RPM-KMT

JILES THERON BENNETT,

     Plaintiff,

vs.

OFFICE OF EL PASO COUNTY SHERIFF;
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity of Sheriff of El Paso County; and
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity of Deputy Sheriff for El Paso County,

     Defendants.

_____

**ORDER WITHDRAWING DEFENDANTS' MOTION TO COMPEL
AND VACATING THE APRIL 4, 2009, HEARING**
_____

     Upon review of Defendants' Motion to Withdraw Motion to Compel

and to Vacate Hearing (Docket No. 39), it is

     ORDERED that Defendants' Motion to Compel is hereby withdrawn

and the 3 o'clock p.m. April 1, 2009, hearing set in this matter is vacated.

     Dated this 27th day of March, 2009.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge