IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-00543-RPM

JILES THERON BENNETT,

    Plaintiff,

v.

OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity as Sheriff for El Paso County,
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity as Deputy Sheriff for El Paso County,

    Defendants.

---

## ORDER SETTING TRIAL DATE

---

Pursuant to the hearing today, it is

ORDERED that this matter is set for trial to jury on **January 11, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

IT IS FURTHER ORDERED that the proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **December 18, 2009.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: July 28th, 2009

                                           BY THE COURT:

                                           s/Richard P. Matsch

                                           Richard P. Matsch, Senior District Judge