IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00543-RPM-KMT

JILES THERON BENNETT,

      Plaintiff,

vs.

OFFICE OF EL PASO COUNTY SHERIFF,
EL PASO COUNTY SHERIFF TERRY MAKETA,
individually and in his capacity of Sheriff of El Paso County, and
EL PASO COUNTY SHERIFF'S DEPUTY JEROME MERCADO-VARGAS,
individually and in his capacity of Deputy Sheriff for El Paso County,

      Defendants.
_____

## ORDER OF PARTIAL DISMISSAL, WITH PREJUDICE
_____

      Upon consideration of the parties' Stipulated Motion to Dismiss Certain

Defendants, with Prejudice, [58], it is

      ORDERED that Defendants JEROME MERCADO-VARGAS,

individually and in his capacity of Deputy Sheriff of El Paso County, and TERRY

MAKETA, individually and in his capacity of Sheriff of El Paso County, Colorado, are

hereby dismissed from this lawsuit, with prejudice, with each party to pay his own costs

and fees, reserving to Plaintiff his claims against the remaining defendant, OFFICE OF

EL PASO COUNTY SHERIFF.

      DATED: December 21st, 2009

                       BY THE COURT:

                       s/Richard P. Matsch

                       _____

                       Richard P. Matsch, Senior District Judge