IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00543-RPM-KMT

JILES THERON BENNETT,

    Plaintiff,

vs.

OFFICE OF EL PASO COUNTY SHERIFF,

    Defendant.
_____

## ORDER OF DISMISSAL, WITH PREJUDICE
_____

    Pursuant to the parties' Stipulated Motion to Dismiss, with Prejudice [60] filed on December 31, 2009, it is

    ORDERED that this matter is dismissed, with prejudice, with each party to pay their own costs and fees.

    DATED this 31st day of December, 2009.

                                    BY THE COURT:

                                    s/Richard P.Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge